

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Jesus Jose Lacer v. The State of Texas

Appellate case number:    01-17-00267-CR

Trial court case number:  44479

Trial court:              33rd District Court of Burnet County

On November 21, 2017, the Court issued an order noting that certain exhibits, marked by the official court reporter as follows, were not included as part of the reporter's record forwarded to this Court on appeal.

1. Defendant's sealed Exhibit 2 (video recording containing pornographic material);
2. Defendant's sealed Exhibit 3 (video recording containing pornographic material).

Thus, we ordered the District Clerk of Burnet County or the court reporter, if the exhibits are still in her possession, to deliver to the Clerk of this Court the original above described sealed exhibits. *See* TEX. R. APP. P. 34.5(c), 34.5(f), 34.6(d), 34.6(g). The District Clerk of Burnet County or the court reporter was also directed to include a copy of the trial court's order sealing Defendant's Exhibits 2 and 3. The Court received no response.

Accordingly, we again ORDER the District Clerk of Burnet County or the court reporter, if the exhibits are still in her possession, to deliver to the Clerk of this Court the original above described sealed exhibits. *See* TEX. R. APP. P. 34.5(c), 34.5(f), 34.6(d), 34.6(g). The District Clerk of Burnet County or the court reporter should also include a copy of the trial court's order sealing Defendant's Exhibits 2 and 3.

The Clerk of this Court is directed to receive, maintain, and keep safe the original sealed exhibits; to deliver them to the justices of this Court for their inspection; and, upon completion of inspection, to return the originals of the above described sealed exhibits to the District Clerk of Burnet County.

The sealed exhibits shall be filed in the First Court of Appeals **within 5 days of the date of this order**.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings

☑ Acting individually    □ Acting for the Court

Date: December 19, 2017